denied and appeal dismissed, with ten dollars costs to the respondent. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARAH MILLER v. LOUIS MILLER.— Motion granted; the defendant to continue the payment of sixty dollars weekly pending the determination of the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ART METAL WORKS, INC., v. THE CUNNINGHAM PRODUCTS CORPORATION and Others.— Motion granted on condition that defendants file an undertaking in the sum of $25,000. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STOREX BUILDING CORPORATION v. STANLEY KOSIK, Impleaded with INDEPENDENCE INDEMNITY COMPANY.— Motion to dismiss appeal denied, with leave to renew if the appeal be not promptly prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ART METAL WORKS, INC., v. THE CUNNINGHAM PRODUCTS CORPORATION and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS E. SHEA, as Trustee in Bankruptcy of the Estate of IRVING SPITZER & COMPANY, INC., v. RIVERVIEW CANNING COMPANY, a Foreign Corporation.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before October 21, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS E. SHEA, as Trustee in Bankruptcy of the Estate of IRVING SPITZER & COMPANY, INC., v. FALLS CANNING COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before October 21, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERNST WEDEMANN v. UNITED STATES TRUST COMPANY OF NEW YORK, as Administrator, etc., of LEON MICHELSON, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before October 31, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABE STEIN & CO., INC., v. RUMIE BROTHERS OF NEW YORK, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 17, 1930. This is final. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of JACOB LEVENSON for an Order Directing SAMUEL D. LASKY to Pay Over Certain Moneys.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure proposed case on appeal to be served on or before October 24, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RALPH WILLIS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of KALLMAN KANTER to Compel an Arbitration of All Matters in Dispute between WM. OPENHYM & SONS and KALLMAN KANTER, and to Stay the Action of WM. OPPENHYM & SONS as Plaintiff, v. KALLMAN KANTER, Defendant, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.